Loulena, Inc., an Illinois Corporation, Plaintiff-Appellee, v. West Harvey Home Sites, Inc., et al., Defendants-Appellants.

Gen. No. 48,564. 

First District, Second Division.

May 9, 1962.

Rehearing denied June 6, 1962.

McCarthy and Toomey, of Chicago (John E. Toomey and Perry G. Callas, of counsel), for appellants; McCarthy and Levin, of Chicago (John F. McCarthy and Esther R. Rothstein, of counsel), for appellee. Opinion by MR. JUSTICE BRYANT. Not to be published in full.